IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv909-F |
| | ) | WO |
| CHARLES B. MOSS | ) | |

**ORDER ON MOTION**

On December 27, 2005, the movant, Charles B. Moss, filed a motion for status of the proceedings. (Doc. 19.) Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for status be and is hereby GRANTED.

Moss is hereby advised that this case is pending before the court on his 28 U.S.C. § 2255 motion, the response and supporting evidentiary materials filed by the government, and Moss's reply. Moss is further advised that no additional pleadings are necessary at this time and that he will be advised of any action taken by the court in this case.

DONE, this 6th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE