IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:04-cv-909-MEF |
| ) | |
| CHARLES B. MOSS ) | |

# **O R D E R**

After an independent review of the file, it is the

ORDER, JUDGMENT and DECREE of the court that:

(1)     The objection (Doc. #23) filed by defendant on March 9, 2006 is overruled;

(2)     The recommendation of the United States Magistrate Judge (Doc. #22) entered on February 21, 2006 is adopted;

(3)     The 28 U.S.C. § 2255 motion filed by the defendant is DENIED, as the claims therein entitled him to no relief.

DONE this 31st day of March, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE